UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WAYNE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZEETOGROUP LLC et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-175-CAB-LL<br><br>**ORDER TO SHOW CAUSE** |

　　　According to the docket in this matter, the complaint was filed on filed on January 26, 2020, and it was served on both defendants on January 30, 2020.  [Doc. Nos. 3, 4.]  Based on the date of service, Defendants' responses to the complaint were due on February 20, 2020.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  More than two months have passed since that deadline, but no responses have been filed, and there has been no other activity on the docket.  Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing, on or before **May 11. 2020**, why this case should not be dismissed for failure to prosecute.  Failure to respond to this order will result in dismissal of the complaint.

　　　It is **SO ORDERED**.

Dated:  May 1, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　United States District Judge