Amanda F. Benedict, Ca. Bar No. 200291
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr. Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7560
amanda@amandabenedict.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY WAYNE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ZEETOGROUP LLC,** a Delaware limited liability company, and **TIBRIO LLC,** a Delaware limited liability company,<br><br>*Defendants.* | Case No. 3:20-cv-000175-CAB-LL<br>Judge Cathy Ann Bencivengo<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

### RESPONSE TO ORDER TO SHOW CAUSE (DKT. 5)

In response to the Court's May 1, 2020 Order to Show Cause (Dkt. 5), Plaintiff Amy Wayne ("Wayne" or "Plaintiff") states as follows:

1. Plaintiff filed this class action lawsuit on January 26, 2020.

2. The Summons was issued as to both Defendant Zeetogroup LLC and Defendant Tibrio LLC on January 27, 2020.

3. Plaintiff returned the summons as to both defendants as executed on February 12, 2020, evidencing service on both defendants on January 30, 2020.

4. On March 17, 2020, Plaintiff reached out to counsel for Defendants to inquire as to whether Defendants intend to defend the lawsuit.

5. In response, on March 17, 2020 counsel for Defendants stated that Defendants were aware of the lawsuit, but their registered agent never contacted them. Counsel for the Parties thereafter engaged in a telephone call on March 18, 2020 regarding this lawsuit.

6. After the March 18, 2020 call, Plaintiff's counsel provided Defendants' counsel with Plaintiff's full telephone number so Defendants' counsel could investigate the allegations.

7. On March 19, 2020, Defendants' counsel inquired as to the phone number the text message at issue was sent from as well as the date of the text message. Plaintiff's counsel responded with the requested information that same day.

8. On April 9, 2020, having not heard anything from Defendants' counsel since March 19, 2020, reached out to inquire about the status of the investigation. Also on April 9, 2020, Defendants' counsel stated that Defendants had investigated the allegations and concluded that they did not send the text message issue. Plaintiff's counsel responded that the text message contained a link to GetItFree.us, which is a website owned and controlled by Defendants.

9. On April 29, 2020, Plaintiff's counsel reached out to Defendants' counsel once more to inquire about the status of the investigation as well as whether Defendants intended to defend this lawsuit.

10. Having not heard back, Plaintiff's counsel followed up on May 4, 2020 and requested that Defendants' counsel respond by close of business on May 6, 2020 as to Defendants' intentions.

11. Defendants' counsel responded on May 4, 2020 and reiterated Defendants' prior position that it didn't send the text message at issue.

12. Thus, Plaintiff's counsel has been in contact with counsel for Defendants since March 2020 regarding this case. Plaintiff's counsel initially agreed to not seek entry of default against Defendants and engaged in an informal exchange of information with Defendants' counsel. That process has seemingly run its course.

13. Plaintiff requests that Defendants have an additional twenty-one (21) days to respond to Plaintiff's Complaint. If Defendants do not do so, Plaintiff will have no choice but to move for entry of default at that time.

Respectfully Submitted,

**AMY WAYNE**, individually and on behalf of those similarly situated individuals

Dated: May 11, 2020

By:   /s/ Amanda Benedict
Law Office of Amanda Benedict
7710 Hazard Center Drive, Suite E104
San Diego, CA 92108
amanda@amandabenedict.com
Phone: (760) 822-1911

Patrick Peluso*
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0676
ppeluso@woodrowpeluso.com

*Pro Hac Vice Motion forthcoming