UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WAYNE,<br><br>                                        Plaintiff,<br><br>v.<br><br>ZEETOGROUP LLC et al.,<br><br>                                        Defendants. | Case No.:  20-CV-175-CAB-LL<br><br>**ORDER** |

Upon consideration of Plaintiff's response to the Court's order to show cause [Doc. No. 6], it is hereby **ORDERED** that if neither a response to the complaint by Defendants nor a request for entry of default by Plaintiff (in the absence of a response to the complaint) is filed by **June 8, 2020**, this case will be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is **SO ORDERED**.

Dated:  May 12, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge