UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WAYNE,<br><br>                              Plaintiff,<br><br>v.<br><br>ZEETOGROUP LLC et al.,<br><br>                              Defendants. | Case No.:  20-CV-175-CAB-LL<br><br>**DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On May 12, 2020, the Court ordered that if neither a response to the complaint by Defendants nor a request for entry of default by Plaintiff (in the absence of a response to the complaint) was filed by June 8, 2020, this case would be dismissed without prejudice for failure to prosecute.  No further activity has occurred on the docket.  Accordingly, it is hereby **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  The Clerk of Court shall **CLOSE** this case.

It is **SO ORDERED**.

Dated:  June 11, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge